IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

KAY SWEENEY,

        Plaintiff,

vs.

RIVER WAFFLES, LLC and
MARKETPLACE INVESTMENTS, LLC,

        Defendants.

Case No. 2:04-cv-2561 TMP

## ORDER

Upon Motion of the Defendants pursuant to *Local Rule 7.2*, and there being no objection and for good cause shown, it is hereby **ORDERED** that the time for Defendants to respond to Plaintiff's Supplemental Brief in support of her Motion to Amend be and hereby is granted and Defendants shall respond by May 6, 2005.

ENTER: 5/1/05

~~DONALD PHAM~~ Tu M. Pham
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-5-05

32

Approved for Entry:

*[signature]*  By *[signature]* Joe E. Manuel
John Page Garrett, BPR #14856    with permission
Attorney for Plaintiff
5133 Harding Road, #112
Nashville, TN 37205
(877) 624-5108

*[signature]*
Joe E. Manuel, BPR #006119
Attorney for Defendant
147 North Market Street, Suite C
Chattanooga, TN 37405
(423) 266-3535

2

## CERTIFICATE OF SERVICE

I hereby certify service of this document is authorized by the Federal Rules of Civil Procedure to:

John Page Garrett, Esquire
5133 Harding Road, #112
Nashville, TN 37205

on the 28 day of Apr, 2005.

_____
Joe E. Manuel

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:04-CV-02561 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

J. Page Garrett
J. PAGE GARRETT
5133 Harding Rd.
Ste. 112
Nashville, TN 37205

Joe E. Manuel
147 N. Market St.
Ste C
Chattanooga, TN 37405

Honorable Tu Pham
US DISTRICT COURT