IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL 22 PM 2:37

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| KAY SWEENEY,       )<br>                    )<br>       Plaintiff, )<br>                    )<br> vs.                )<br>                    )<br> RIVER WAFFLES, LLC, et al., )<br>                    )<br>       Defendants. )<br>                    ) | Civ. No. <u>04-2561-P</u> |

**ORDER GRANTING MOTION FOR AN ORDER CLARIFYING JUNE 27 ORDER**

Before the court is plaintiff's Motion For An Order Clarifying the Court's Order Entered June 27, 2005, filed July 5, 2005 (dkt #51). On July 21, 2005, the court held a telephonic hearing on the motion. Counsel for all interested parties participated via telephone. For good cause shown, the motion is GRANTED. The scheduling order is hereby amended as follows: Plaintiff shall disclose her accounting expert within forty-five (45) days after plaintiff receives financial documents from the defendants. Defendant River Waffles and Marketplace Investments, LLC, shall disclose their accounting expert within forty-five days of plaintiff's accounting expert disclosure.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

<u>July 22, 2005</u>
Date

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-25-05

56

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 56 in case 2:04-CV-02561 was distributed by fax, mail, or direct printing on July 25, 2005 to the parties listed.

---

J. Page Garrett
J. PAGE GARRETT
5133 Harding Rd.
Ste. 112
Nashville, TN 37205

Joe E. Manuel
LAW OFFICE OF JOE MANUEL
147 N. Market St.
Ste. C
Chattanooga, TN 37405

Honorable Tu Pham
US DISTRICT COURT