IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| KAY SWEENEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:04-cv-2561 TMP |
| vs. | ) |
| | ) |
| RIVER WAFFLES, LLC and | ) |
| MARKETPLACE INVESTMENTS, | ) |
| LLC, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon Motion of the Defendants pursuant to *Local Rule 7.2*, and there being no objection and for good cause shown, it is hereby **ORDERED** that the time for Defendants to file their Initial Expert Disclosures is extended through and including October 1, 2005.

ENTER: September 19, 2005

HONORABLE TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

Approved for Entry:

_____   By Joe E Manuel
John Page Garrett, BPR #14856       with permission
Attorney for Plaintiff
5133 Harding Road, #112
Nashville, TN 37205
(877) 624-5108

_____
Joe E. Manuel, BPR #006119
Attorney for Defendant
147 North Market Street, Suite C
Chattanooga, TN 37405
(423) 266-3535

2

## CERTIFICATE OF SERVICE

I hereby certify service of this document is authorized by the Federal Rules of Civil Procedure to:

John Page Garrett, Esquire
5133 Harding Road, #112
Nashville, TN 37205

on the 13th day of September, 2005.

_____
Joe E. Manuel

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 65 in case 2:04-CV-02561 was distributed by fax, mail, or direct printing on September 19, 2005 to the parties listed.

---

Joe E. Manuel
LAW OFFICE OF JOE MANUEL
147 N. Market St.
Ste. C
Chattanooga, TN 37405

J. Page Garrett
J. PAGE GARRETT
5133 Harding Rd.
Ste. 112
Nashville, TN 37205

Honorable Tu Pham
US DISTRICT COURT