IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 26 AM 9:07

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |
|---|---|
| KAY SWEENEY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>RIVER WAFFLES, et al., )<br>)<br>Defendants. )<br>) | Civ. No. 04-2561-P |

## ORDER GRANTING PLAINTIFF'S MOTION FOR PERMISSION TO AMEND THE COMPLAINT

Before the court is Plaintiff's Motion for an Order Granting Permission to Amend the Complaint, filed September 29, 2005 (Dkt. #69). Local Rule 7.2(a)(2) requires that

> the response to the motion and its supporting memorandum . . . shall be filed within fifteen days after service of the motion and shall be accompanied by a proposed order. Failure to respond timely to any motion, other than one requesting dismissal of a claim or action, may be deemed good grounds for granting the motion.

The defendants have not filed a response and the time for filing a response to plaintiff's motion for permission to amend the complaint has passed. Therefore, the motion is GRANTED and plaintiff shall file the amended complaint with the Clerk of Court

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10/26/05

within five (5) days from the date of this order, with service upon the defendants.

    IT IS SO ORDERED.

/s/ Tu Pham
_____
TU M. PHAM
United States Magistrate Judge

October 25, 2005
_____
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 73 in case 2:04-CV-02561 was distributed by fax, mail, or direct printing on October 26, 2005 to the parties listed.

---

J. Page Garrett
J. PAGE GARRETT
5133 Harding Rd.
Ste. 112
Nashville, TN 37205

Joe E. Manuel
LAW OFFICE OF JOE MANUEL
147 N. Market St.
Ste. C
Chattanooga, TN 37405

Honorable Tu Pham
US DISTRICT COURT