IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 26  AM 9:07

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| KAY SWEENEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civ. No. <u>04-2561-D/P</u> |
| ) | |
| RIVER WAFFLES, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER TO SHOW CAUSE

Before the court is Plaintiff's Renewed Motion to Compel Responses to Requests for Production, filed September 26, 2005 (Dkt #66). Local Rule 7.2(a)(2) provides:

> the response to the motion and its supporting memorandum . . . shall be filed within fifteen days after service of the motion and shall be accompanied by a proposed order. Failure to respond timely to any motion, other than one requesting dismissal of a claim or action, may be deemed good grounds for granting the motion.

The defendant has not filed a response to the motion, and the time to file a response has passed. Defendant is hereby ordered to show cause within eleven (11) days from the date of this order why

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

plaintiff's renewed motion to compel responses to requests for production should not be granted.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

October 25, 2005
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 74 in case 2:04-CV-02561 was distributed by fax, mail, or direct printing on October 26, 2005 to the parties listed.

---

J. Page Garrett
J. PAGE GARRETT
5133 Harding Rd.
Ste. 112
Nashville, TN 37205

Joe E. Manuel
LAW OFFICE OF JOE MANUEL
147 N. Market St.
Ste. C
Chattanooga, TN 37405

Honorable Tu Pham
US DISTRICT COURT