IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| KAY SWEENEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 04-2561-D/P |
| vs. | ) |
| | ) |
| RIVER WAFFLES, LLC, | ) Magistrate Judge Tu M. Pham |
| MARKETPLACE INVESTMENTS, | ) |
| LLC and MARKETPLACE | ) |
| HOLDINGS, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon Joint Motion by the Defendant River Waffles, LLC, and for good cause shown, the Court hereby modifies its Show Cause Order entered on October 26, 2005, and it is hereby **ORDERED** that the Defendant River Waffles, LLC's time to respond to the Show Cause Order be and it hereby is extended through and including December 1, 2005.

Upon Joint Motion of the parties, and for good cause shown, it is **ORDERED** that the time for Defendant River Waffles, LLC to respond to Plaintiff's Motion to Compel be and hereby is extended through and including December 1, 2005.

It is further **ORDERED** that absent settlement by December 1, 2005, the Court shall extend discovery and dispositive motion filing deadlines as appropriate to narrow outstanding issues and prepare for trial.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

**IT IS SO ORDERED.**

HONORABLE TU M. PHAM
UNITED STATES MAGISTRATE JUDGE


Approved for Entry:

John Page Garrett, BPR #14856
Attorney for Plaintiff
5133 Harding Road, #112
Nashville, TN 37205
(877) 624-5108

By:

Joe E. Manuel, BPR #006119
Attorney for Defendant
147 North Market Street, Suite C
Chattanooga, TN 37405
(423) 266-3535

2

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of this pleading has been served upon all parties listed below by United States mail addressed to said parties, with sufficient postage thereon to carry the same to its destination, this ____ day of November, 2005.

                    J. Page Garrett, Esquire
                    5133 Harding Road, #112
                    Nashville, TN 37205

                    Joe E. Manuel

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 77 in case 2:04-CV-02561 was distributed by fax, mail, or direct printing on November 10, 2005 to the parties listed.

---

J. Page Garrett
J. PAGE GARRETT
5133 Harding Rd.
Ste. 112
Nashville, TN 37205

Joe E. Manuel
LAW OFFICE OF JOE MANUEL
147 N. Market St.
Ste. C
Chattanooga, TN 37405

Honorable Tu Pham
US DISTRICT COURT